Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for James H. Donell, Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> REZA BABAKHAN, <br><br> Defendant. | CASE NO. 12-CV-02454-DDP-(JEMx) <br><br> **JUDGMENT** |

The Motion of Plaintiff James H. Donell, Receiver for Newpoint Financial Services, Inc., for Summary Judgment or, in the alternative, Summary Adjudication of Issues came on for hearing on March 25, 2013.

The court having granted the Motion for Summary Judgment in favor of Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

13390.10:1688268.1

1

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1
2
3     Judgment is entered in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and against Defendant, Reza Babakhan, in the amount of $13,174.52, plus pre-judgment interest in the amount of $755.27.

4

5  Dated: March 26, 2013

6
7
8                                              THE HONORABLE DEAN D. PREGERSON
                                               UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28